JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA MARIE FRETELUCO,<br><br>            Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES 1-10; ROE CORPORATIONS 10-10; inclusive<br><br>            Defendants. | Case No. 2:19-cv-00759-JCM-EJY<br><br>**STIPULATION TO EXTEND DATE TO FILE A RESPONSE**<br><br>**(FIRST REQUEST** |

WHEREAS, Defendant's response to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Mark L Winkler, MD. [ECF No. 48] is currently due on Monday, October 5, 2020; however, Defense counsel will be leaving Las Vegas for a personal family matter and unavailable October 1st through October 6th and unable to file the response by its current due date; and

WHEREAS, counsel for the parties have agreed to extend the date for Defense counsel to file the response for one week – until October 13, 2020;

IT IS HEREBY STIPULATED AND AGREED by and between KEITH E. GALLIHER, JR., ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ANNA MARIE FRETELUCO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for Defendant to file a response to

/ / /

CLAC 5925567.1

Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Mark L Winkler, MD.  (ECF No. 48) be extended for one week, until October 13, 2020.

| THE GALLIHER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Keith E. Galliher, Jr. | /s/ Jerry S. Busby |
| KEITH E. GALLIHER, JR., ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 00220 | Nevada Bar No. 001107 |
| 1850 East Sahara Avenue - #107 | 3016 West Charleston Boulevard - #195 |
| Las Vegas, NV  89104 | Las Vegas, Nevada  89102 |
| (702) 735-0049 | (702) 366-1125 |
| Attorney for Plaintiff | Attorneys for Defendant |
| ANNA MARIE FRETELUCO | SMITH'S FOOD & DRUG CENTERS, INC. |

**O R D E R**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  September 30, 2020

CLAC 5925567.1