THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
George J. Kunz, Esq.
Nevada Bar No. 12245
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
kgallagher@galliherlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MARIE FRETELUCO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES 1-10; ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO.:   2:19-cv-00759-JCM-EJY<br><br>**STIPULATION TO EXTEND DATE TO FILE A REPLY AND A RESPONSE (FIRST REQUEST)** |

　　　　Plaintiff's reply to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Mark L Winkler, MD. [ECF No. 48] is currently due on Tuesday, October 20, 2020. Counsel for the parties have agreed to extend the date for Plaintiff's counsel to file the reply for one week – until October 27, 2020.

　　　　Defendant's response to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Lewis M. Etcoff, Ph.D. [ECF No. 52] is currently due on Thursday, October 29, 2020. Counsel for the parties have agreed to extend the date for Defense counsel to file the response for one week – until November 5, 2020.

1

IT IS HEREBY STIPULATED AND AGREED by and between KATHLEEN H. GALLAGHER, ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ANNA MARIE FRETELUCO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for Plaintiff's to file a reply to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Mark L Winkler, MD. (ECF No. 48) be extended for one week until October 27, 2020 and the deadline for Defendant to file a response to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Lewis M. Etcoff, Ph.D. (ECF No. 52) be extended for one week, until November 5, 2020.

DATED this 20th day of October, 2020.              DATED this 20th day of October, 2020.

THE GALLIHER LAW FIRM                              COOPER LEVENSON, P.A.

_[signature]_                                       /s/ Jerry S. Busby
Kathleen H. Gallagher, Esq.                        Jerry S. Busby, Esq.
Nevada Bar Number 15043                            Nevada Bar No. 1107
1850 E. Sahara Avenue, Ste. 107                    3016 West Charleston Blvd. - #195
Las Vegas, Nevada 89104                            Las Vegas, Nevada 89102
*Attorney for Plaintiff*                           *Attorney for Defendant*

**O R D E R**

IT IS SO ORDERED:

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2020

2