THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
George J. Kunz, Esq.
Nevada Bar No. 12245
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
kgallagher@galliherlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MARIE FRETELUCO,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES 1-10; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00759-JCM-EJY<br><br>**STIPULATION TO EXTEND DATE TO FILE A REPLY**<br>**(FIRST REQUEST)** |

Plaintiff's reply to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Expert Lewis M. Etcoff, Ph.D. [ECF No. 52] is currently due on Thursday November 19, 2020. Counsel for the parties have agreed to extend the date for Plaintiffs counsel to file the reply until November 27, 2020.

IT IS HEREBY STIPULATED AND AGREED by and between KATHLEEN H. GALLAGHER, ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ANNA MARIE FRETELUCO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for Plaintiff's to file a reply to Plaintiff's Motion to Strike / Exclude Defendant's Rebuttal Lewis M. Etcoff, Ph.D. [ECF No.

52]be extended until November 27, 2020

DATED this 18th day of November, 2020.   DATED this 18th day of November, 2020.

THE GALLIHER LAW FIRM                COOPER LEVENSON, P.A.

_____          /s/ Jerry S. Busby_____
Keith E. Galliher, Jr., Esq.         Jerry S. Busby, Esq.
Nevada Bar Number 220                Nevada Bar No. 1107
Kathleen H. Gallagher, Esq.          3016 West Charleston Blvd. - #195
Nevada Bar Number 15043              Las Vegas, Nevada 89102
1850 E. Sahara Avenue, Ste. 107      *Attorney for Defendant*
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

**O R D E R**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2020

2