THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
George J. Kunz, Esq.
Nevada Bar No. 12245
Kathleen H. Gallagher, Esq.
Nevada Bar Number 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
kgallagher@galliherlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MARIE FRETELUCO,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES 1-10; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.:  2:19-cv-00759-JCM-EJY<br><br>**STIPULATION TO EXTEND DATE TO FILE A RESPONSE AND REPLY (FIRST REQUEST)** |

Plaintiff's response to Defendant's Motion to Strike Plaintiff's Expert Witness Norton Roitman M.D. as an Initial and Rebuttal Expert [ECF No. 64] and Plaintiff's response to Defendant's Motion to Strike/Exclude Plaintiff's Damages for Future Medical Expenses [ECF No. 65] are currently due on Thursday April 8, 2021. Counsel for the parties have agreed to extend the date for Plaintiff's counsel to file the response for five days – until April 12, 2021.

IT IS HEREBY STIPULATED AND AGREED by and between KATHLEEN H. GALLAGHER, ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ANNA MARIE FRETELUCO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys

for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that the deadline for Plaintiff to file responses to Defendant's Motion to Strike Plaintiff's Expert Witness Norton Roitman M.D. as an Initial and Rebuttal Expert [ECF No. 64] and Plaintiff's response to Defendant's Motion to Strike/Exclude Plaintiff's Damages for Future Medical Expenses [ECF No. 65] be extended for five days until April 12, 2021.

DATED this 7th day of April, 2021.     DATED this 7th day of April, 2021.

THE GALLIHER LAW FIRM              COOPER LEVENSON, P.A.

                                    /s/ Jerry S. Busby

_____        _____
Keith E. Galliher, Jr., Esq.       Jerry S. Busby, Esq.
Nevada Bar Number 220              Nevada Bar No. 1107
Kathleen H. Gallagher, Esq.        3016 West Charleston Blvd. - #195
Nevada Bar Number 15043            Las Vegas, Nevada 89102
1850 E. Sahara Avenue, Ste. 107    *Attorney for Defendant*
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

**O R D E R**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 8, 2021