1  JERRY S. BUSBY
   Nevada Bar #001107
2  GREGORY A. KRAEMER
   Nevada Bar #010911
3  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
4  Las Vegas, Nevada  89102
    (702) 366-1125
5  FAX:  (702) 366-1857
   jbusby@cooperlevenson.com
6  gkraemer@cooperlevenson.com

7  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11  ANNA MARIE FRETELUCO,              | Case No. 2:19-cv-00759-JCM-EJY

12              Plaintiff,

13  vs.

14  SMITH'S FOOD AND DRUG CENTERS,     | **STIPULATION FOR EXEMPTION FROM**
    INC., a foreign corporation; DOES 1-10; ROE  | **SETTLEMENT CONFERENCE**
15  CORPORATIONS 10-10; inclusive

16              Defendants.

17

18         WHEREAS, Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter

19  "SMITH'S") and Plaintiff ANNA MARIE FRETELUCO (hereinafter "FRETELUCO") had

20  previously agreed to participate in a private mediation schedule to take place on November 3, 2021

21  before Floyd Hale of JAMS; and

22         WHEREAS, SMITH'S has made arrangements to have a representative from its home legal

23  office in Cincinnati, Ohio present for the mediation with full authority to settle this case; and

24         WHEREAS, SMITH'S is unable to have a representative in Las Vegas for mediation prior to

25  November 2021; and

26         WHEREAS, counsel for the parties have requested trial dates in 2022 and will be able to

27  complete the mediation currently scheduled and still comply with all pre-trial requirements if the

28  case does not settle at the private mediation;

CLAC 6490463.1

1    IT IS HEREBY STIPULATED AND AGREED by and between KEITH E. GALLIHER,

2  JR., ESQ. of THE GALLIHER LAW FIRM, Attorneys for Plaintiff FRETELUCO, and JERRY S.

3  BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S

4  that the Settlement Conference scheduled for August 19, 2021 with the Honorable Elayna J.

5  Youchah be vacated [ECF No. 80]; and

6    IT IS FURTHER STIPULATED AND AGREED that counsel will advise this Court of the

7  results of the private mediation on or before November 10, 2021.

8  THE GALLIHER LAW FIRM              COOPER LEVENSON, P.A.

9
   /s/ Keith E. Galliher, Jr. _____      /s/ Jerry S. Busby _____
10 KEITH E. GALLIHER, JR., ESQ.       JERRY S. BUSBY, ESQ.
   Nevada Bar No. 00220               Nevada Bar No. 001107
11 1850 East Sahara Avenue - #107     3016 West Charleston Boulevard - #195
   Las Vegas, NV  89104               Las Vegas, Nevada  89102
12 (702) 735-0049                     (702) 366-1125
   Attorney for Plaintiff             Attorneys for Defendant
13 ANNA MARIE FRETELUCO               SMITH'S FOOD & DRUG CENTERS, INC.

14

15

16                                    **O R D E R**

17    IT IS SO ORDERED:

18

19  _____
    UNITED STATES MAGISTRATE JUDGE
20
    Dated:  July 29, 2021
21

22

23

24

25

26

27

28

2

CLAC 6490463.1