THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
George J. Kunz, Esq.
Nevada Bar No. 12245
Kathleen H. Gallagher, Esq.
Nevada Bar No. 15043
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
kgallagher@galliherlawfirm.com

PRINCE LAW GROUP
Dennis M. Prince, Esq.
Nevada Bar No. 5092
10801 W. Charleston Blvd., Ste. 560
Las Vegas, Nevada 89135
Telephone: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA MARIE FRETELUCO, an Individual;<br><br>              Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS INC., a Foreign Corporation; DOES 1-10; ROE CORPORATIONS 1-10, inclusive,<br><br>              Defendants. | CASE NO.: 2:19-cv-00759-JCM-EJY |

**JOINT STIPULATION AND ORDER CONTINUING TRIAL DATE
(First Request)**

1

**IT IS HEREBY STIPULATED AND AGREED** by and between KEITH E. GALLIHER, JR., ESQ. of THE GALLIHER LAW FIRM and DENNIS M. PRINCE, ESQ. of PRINCE LAW GROUP, Attorneys for Plaintiff ANNA MARIE FRETELUCO, and JERRY S. BUSBY, ESQ. and GREGORY A. KRAEMER, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTER'S INC. to continue the Trial from June 6, 2022 to the Court's September 2022 trial stack.

Reasons For Continuance: Plaintiff's Counsel Keith E. Galliher, Jr., Esq. and Dennis M. Prince, Esq. are co-counsel in the matter of Jennifer Warhol v. James Forage, M.D. in the Eighth Judicial District Court, Case Number A-16-736495-C. The Warhol matter is set on a firm trial setting as the case is well past the five-year rule. The trial is scheduled to start on May 31, 2022 and is expected to go through June 8, 2022.

| THE GALLIHER LAW FIRM | PRINCE LAW GROUP |
|---|---|
| *(signature)* | /s/ Corrine P. Murphy |
| Keith E. Galliher, Jr., Esq. | Dennis M. Prince, Esq. |
| Nevada Bar Number 220 | Nevada Bar Number 5092 |
| 1850 E. Sahara Avenue, Suite 107 | Corrine P. Murphy, Esq. |
| Las Vegas, Nevada 89104 | Nevada Bar Number 10410 |
| Attorney for Plaintiff | 10801 W. Charleston Boulevard, Ste. 560 |
| | Las Vegas, Nevada 89135 |
| | Attorney for Plaintiff |

COOPER LEVENSON, P.A.

/s/ Gregory A. Kraemer
Jerry S. Busby, Esq.
Nevada Bar Number 1107
Gregory A. Kraemer, Esq.
Nevada Bar Number 10911
1835 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant

2

## ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefore, **IT IS ORDERED** that the trial in this action, currently set for June 6, 2022 be and hereby is continued to the Court's September, 2022 stack to commence on September 26, 2022, at 9:00 a.m. and calendar call is hereby continued to September 21, 2022, at 1:30 p.m.

**IT IS SO ORDERED**
February 23, 2022.

_____
United States District Judge

3