JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MARIE FRETELUCO,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES 1-10; ROE CORPORATIONS 10-10; inclusive<br><br>Defendants. | Case No. 2:19-cv-00759-JCM-EJY<br><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(Second Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of September 26, 2022, and all trial related deadlines be vacated and continued to March 2023, or a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1. Plaintiff and Defense counsel both have multiple unanticipated and, in many respects, unavoidable conflicts with the current trial date, including the following trial settings:

*Zamir v Holly* (Case No. A-21-835517-C) is a short trial scheduled for September 30, 2022; *Van Cleave vs Mueller* (Case No. A-18-774492-C) is the first case on the trial stack in Department 10 on the October 10, 2022 stack; *Wyatt vs Kington* (Case No. A-20-813865-C) is set for trial on the October 10, 2022 stack in Dept. 15. Counsel also has four mediations set before September 28, 2022.

*Miquel Martinez v. Smith's* (Case No. 2:21-cv-01199-GMN-NJK) is set for trial on October

CLAC 7015851.1

17, 2022; *Edwina Bailey v. Smith's* (Case No. 2:20-cv-00328-JAD-VCF) is set for trial on November 5, 2022. *Kathy Verne v. Smith's* (2:20-cv-01633-JCM-EJY) is set for trial on December 5, 2022.

    2.    Due to the trial settings in *Van Cleave, and Wyatt*, Plaintiff's counsel's time will be consumed litigating these matters. Accordingly, the parties submit this stipulation, requesting the trial of this matter be continued to March 2023, or a date thereafter convenient for the Court.

    3.    The continuance requested herein is not sought for purposes of delay, but merely to accommodate the schedule of counsel and allow sufficient time to effectively prepare for trial in this matter.

| THE GALLIHER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Keith E. Galliher, Jr.<br>KEITH E. GALLIHER, JR., ESQ.<br>Nevada Bar No. 00220<br>1850 East Sahara Avenue - #107<br>Las Vegas, NV 89104<br>(702) 735-0049<br>Attorney for Plaintiff<br>ANNA MARIE FRETELUCO | /s/ Gregory A. Kraemer<br>GREGORY A. KRAEMER, ESQ.<br>Nevada Bar No. 010911<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## **ORDER**

IT IS THEREFORE ORDERED the jury trial date in the above-entitled matter currently scheduled for September 26, 2022 and all trial related deadlines be vacated and continued to **March 13, 2023, at 9:00 a.m.** Calendar will be continued to **March 8, 2023, at 1:30 p.m.**

DATED: July 18, 2022

_____
UNITED STATES DISTRICT JUDGE

CLAC 7015851.1