JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA MARIE FRETELUCO,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES 1-10; ROE CORPORATIONS 10-10; inclusive<br><br>Defendants. | Case No. 2:19-cv-00759-JCM-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, on January 3, 2023 all parties and their counsel of record participated in a private mediation which resulted in the parties reaching a full and final settlement of any and all claims in this case;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between KEITH E. GALLIHER, JR., ESQ., of THE GALLIHER LAW FIRM, Attorneys for Plaintiff ANNA MARIE FRETELUCO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

/ / /

/ / /

/ / /

/ / /

CLAC 7276078.1

1. Any and all claims herein against Defendant shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That any remaining hearings, trial dates or other deadlines be vacated.

Dated this 20th day of January, 2023.

| THE GALLIHER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Keith E. Galliher, Jr.<br>KEITH E. GALLIHER, JR., ESQ.<br>Nevada Bar No. 00220<br>1850 East Sahara Avenue - #107<br>Las Vegas, NV 89104<br>(702) 735-0049<br>Attorney for Plaintiff<br>ANNA MARIE FRETELUCO | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 20, 2023

2

CLAC 7276078.1